IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,
    Plaintiff,

vs.                                        Case No.: 5:08cv334/RS/EMT

ROBERT SALE, et al.,
    Defendants.
_____/

**ORDER**

    Plaintiff, a non-prisoner proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1).  Plaintiff has also submitted an application for leave to proceed in forma pauperis ("IFP") (Doc. 2).

    Plaintiff failed to complete the IFP application in its entirety.  Specifically, Plaintiff failed to complete subsection 4 of Section IV (*id.* at 3).  For example, Plaintiff indicates he presently owes $1,390.00 on a Vento scooter but does not indicate a monthly payment (*see id.* at 2, 3).  Similarly, besides listing his monthly rent payment, Plaintiff has listed no other financial obligations, such as utilities or other living expenses.  Thus, Plaintiff has failed to show that he is qualified to proceed without prepayment of the filing fee.  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED without prejudice**.

    2.    The clerk shall send Plaintiff a motion to proceed in forma pauperis and a financial affidavit approved for use by non-prisoners in the Northern District of Florida.

3.	Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite affidavit of financial status.

4.	Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 5th day of November 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**