IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,

    Plaintiff,
vs.                              CASE NO. 5:08cv334/RS-EMT

ROBERT SALE, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 13). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court and for failure to keep the clerk advised of his present address.

3. The clerk is directed to close the file.

**ORDERED** on August 18, 2009.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**