IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DEWAYNE MORGAN,

    Plaintiff,

vs.                         CASE NO. 5:08cv334/RS-EMT

ROBERT SALE, et al,

    Defendants.

_____/

## ORDER

Plaintiff's Request for Entry Of Default (Doc. 22) is denied as moot.

**ORDERED** on April 20, 2010.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**