IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,

    Plaintiff,

vs.                                   CASE NO. 5:08cv334/RS-EMT

ROBERT SALE, et al,

    Defendants.

_____/

## ORDER

Plaintiff's Motion To Set Aside Default And Reinstate Case (Doc. 28) is **denied.**

**ORDERED** on April 26, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**